[No. 4870–1. Division One. November 28, 1977.]

MICHAEL W. ANDERSEN, *Appellant,* v. BUTLER CONSTRUC-
TION AND ENGINEERING CO., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 781790, Solie M. Ringold, J., entered June 3,
1976. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Andersen, J.

[No. 4892–1. Division One. November 28, 1977.]

ROBERT W. RETTIG, ET AL, *Respondents,* v. JEANNE
DIXON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 795169, Peter K. Steere, J., entered June 14,
1976. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Farris, C.J., and Andersen, J.

[No. 2185–3. Division Three. November 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
BONSER, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 20223, Walter A. Stauffacher, J.,
entered November 5, 1976. *Dismissed* by unpublished per
curiam opinion.